No. 03–7677. FERES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7678. CAMPBELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7680. ESPOSITO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7681. CARMICHAEL ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7685. MEANS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7687. BARNETT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 03–7689. THOMAS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 03–7690. WELLS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7691. BLAGAICH v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.

No. 03–7696. MEDINA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–7697. JIMENEZ-VARGAS, AKA HERNANDEZ, AKA DELGADO v. UNITED STATES; DURAN HERNANDEZ v. UNITED STATES; ACUNA-CHAVEZ v. UNITED STATES; MARTINEZ-RAZO v. UNITED STATES; ALVARADO-DELGADO v. UNITED STATES; and HERNANDEZ-GAINZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 74 Fed. Appx. 402 (sixth judgment); 77 Fed. Appx. 262 (third judgment) and 272 (fifth judgment); 78 Fed. Appx. 404 (first judgment) and 926 (second judgment); 79 Fed. Appx. 625 (fourth judgment).

No. 03–7698. TERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7699. SHUMATE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.